Edward J. Maney, Trustee
P.O. Box 10434
Phoenix, Arizona 85065
Telephone (602) 277-3776
Fax (602) 277-4103

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | | |
|---|---|---|
| In Re:<br>MICHELE LYNN RODGERS<br><br>1642 EAST GAIL DRIVE<br><br>CHANDLER, AZ 85225 | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CHAPTER 13 PROCEEDINGS<br><br>CASE NO. B-09-15696-PHX<br>**AMENDED**<br>CHAPTER 13 TRUSTEE'S REPORT<br>OF ALLOWED CREDITOR CLAIMS |

Notice is hereby given to the Debtor and Counsel, if any, that the Trustee intends to pay the claims as filed by the creditors listed below, or as amended by the Stipulated Order Confirming the debtor's Chapter 13 Plan, unless an objection is made by the Debtor or other party of interest within 30 days from the date of this notice. In the event that additional claims are discovered at a later date, the Trustee may file a Supplemental Notice of Allowed Creditor Claims.

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| American General Finance<br>Attn: Bankruptcy Department<br>Evansville, IN 47731- | 08/18/2009<br>P.O. Box 3121 | $250.00 | 4.25% | Secured |
| American General Finance<br>Attn: Bankruptcy Department<br>Evansville, IN 47731- | 08/18/2009<br>P.O. Box 3121 | $1587.83 | 0% | Unsecured |
| Wells Fargo Card Services<br>Recovery Department<br>Des Moines, IA 50306- | 07/14/2009<br>P.O. Box 9210 | $6351.05 | 0% | Unsecured |
| CitiMortgage, Inc.<br>P.O. Box 6941<br>The Lakes, NV 88901- | 07/22/2009 | $0.00 | 0% | Secured |
| Spirit of America Nat. Bank/Lane Bryant<br>First Express<br>Louisville, KY 40285-6132 | 07/27/2009<br>P.O. Box 856132 | $1225.74 | 0% | Unsecured |
| Western Skies Estates Unit 4 HOA<br>c/o Carpenter Hazlewood Delgado & Wood<br>Tempe, AZ 85282- | 09/21/2009<br>1400 E. Southern Avenue, Suite 400 | $327.00 | 0% | Unsecured |
| GE Consumer Finance<br>For GE Money Bank<br>Orlando, FL 32896-0661 | 11/04/2009<br>P.O. Box 960061 | $1053.13 | 0% | Unsecured |
| Verizon Wireless<br>P.O. Box 3397<br>Bloomington, IL 61702- | 11/05/2009 | $233.90 | 0% | Unsecured |
| Midland Credit Management, Inc.<br>8875 Aero Drive<br>San Diego, CA 92123- | 11/17/2009<br>Suite #200 | $1997.30 | 0% | Unsecured |
| ARIZONA DEPARTMENT OF REVENUE<br>P.O. BOX 29010<br>PHOENIX, AZ 85038-9010 | | $0.00 | 0% | Priority |

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| Internal Revenue Service<br>Mail Stop 5014 PX<br>Phoenix, AZ 85012-6223 | 210 East Earll Drive | $0.00 | 0% | Priority |
| BUREAU OF MEDICAL ECONOMICS<br>326 EAST CORONADO ROAD<br>PHOENIX, AZ 85004- | | $0.00 | 0% | Unsecured |
| Chase<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | | $0.00 | 0% | Unsecured |
| HSBC Mastercard<br>P.O. Box 60136<br>City of Industry, CA 91716-0136 | | $0.00 | 0% | Unsecured |
| RBS Card Services<br>P.O. Box 42010<br>Providence, RI 02940-2010 | | $0.00 | 0% | Unsecured |
| Sears Credit Cards<br>attn: bankruptcy collections<br>The Lakes, NV 88901-6932 | P.O. Box 6937 | $0.00 | 0% | Unsecured |
| Shadow Ridge Dental Care<br>,   - | | $0.00 | 0% | Unsecured |
| Shell Credit Card Inquiry<br>P.O. Box 689151<br>Des Moines, IA 50368-9151 | | $0.00 | 0% | Unsecured |
| Phillips & Associates<br>Attorneys At Law<br>Phoenix, AZ 85012- | 20 E. Thomas Road, Suite #2600 | $2515.00 | 0% | Legal |
| Phillips & Associates<br>Attorneys At Law<br>Phoenix, AZ 85012- | 20 E. Thomas Road, Suite #2600 | $1485.00 | 0% | Legal |

Edward J. Maney
P.O. Box 10434
Phoenix, Arizona 85016
Telephone (602) 277-3776  Fax (602) 277-4103
Email: office@maney13trustee.com